# JOSEPH J. HASPEL PLLC

JOSEPH J. HASPEL

———

OF COUNSEL:
MARY LOU CHATTERTON
NEIL I. JACOBS

ATTORNEY AT LAW
1 WEST MAIN STREET
ONE HARRIMAN SQUARE
GOSHEN, NEW YORK 10924
(845) 294-8950
(866) 857-1340 (FAX)
(845) 313-6068 (CELL)
JHASPEL@HASPELLAW.NET

NEW JERSEY OFFICE
111 GRAND STREET
SUITE 218
PALISADES PARK, NJ 07650
201-461-2488

January 5, 2015

*Via:*   ECF

US Bankruptcy Court
Southern District of New York
355 Main Street
Poughkeepsie, New York 12601
Attention: Frances

    Re:    In Re: Ronald and Traci Heinz
               Chapter 13 Case No.: 14-35197
               Heinz v 1st Constitution Bank
               Adv Proc. No.: 14-09013

Dear Frances:

    As you are aware, this office represents the Debtors in the above-referenced matters. Please be advised that the parties have settled the adversary proceeding and, therefore, we are requesting that the matter be taken off the court's calendar for January 6, 2015. We will be submitting a consent order dismissing these matters.

    Thanking you for your courtesy in this regard.

                                                     Sincerely,
                                                     JOSEPH J. HASPEL, PLLC

                                                     By: *[signature]*
                                                     Leslie K. Campilonga
                                                     Paralegal

/lkc

cc:    Andrew Pincus, Esq. (via: email *ap@seidmanllc.com*)